BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Illinois State Bar No. 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NAEN PHACHANH,<br><br>         Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | CIVIL NO. 2:14-CV-01805-AC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED, by and between Naen Phachanh (Plaintiff) and Defendant Commissioner of Social Security Carolyn W. Colvin (Defendant), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto.  The current deadline is January 26, 2015.  The new deadline will be February 25, 2015.  Defense counsel requests this extension of time due to an especially heavy caseload in January and February 2015, including twelve district-court dispositive motions as well as two motions and one oral argument before the Ninth Circuit.  As a result, defense counsel requires more time to adequately address the issues that Plaintiff raises in his joint stipulation.  The parties have

STIPULATION & PROPOSED ORDER                                    CASE NO. 2:14-CV-01805-AC

further agreed that, with the Court's approval, the case management order be modified accordingly.

Date: January 26, 2015        LAW OFFICES OF JOHN V. JOHNSON

By: /s/ *John V. Johnson*
JOHN V. JOHNSON
Attorneys for the Plaintiff
(As authorized by e-mail on January 26, 2015)

Date: January 26, 2015        BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON OR BEFORE FEBRUARY 25, 2015.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE MARCH 17, 2015.

DATE: January 26, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE