BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Illinois State Bar No. 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NAEN PHACHANH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | ) CIVIL NO. 2:14-CV-01805-AC<br>)<br>) **STIPULATION AND** ~~**PROPOSED**~~<br>) **ORDER FOR EXTENSION OF TIME**<br>) **FOR DEFENDANT TO RESPOND TO**<br>) **PLAINTIFF'S MOTION FOR**<br>) **SUMMARY JUDGMENT**<br>)<br>)<br>) |

　　　　IT IS HEREBY STIPULATED, by and between Naen Phachanh (Plaintiff) and Defendant Commissioner of Social Security Carolyn W. Colvin (Defendant), by and through their respective counsel of record, that Defendant shall have a second extension of time of thirty days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions thereto.  The current deadline is February 25, 2015.  The new deadline will be March 27, 2015.  This is the second extension of time requested by Defendant.  Defense counsel requests this extension of time due to an especially heavy caseload in February 2015, including fourteen district-court briefs as well as two briefs and one oral argument before the Ninth Circuit.  As a result, defense counsel requires more time to adequately address the issues that Plaintiff raises in

STIPULATION & PROPOSED ORDER　　　　　　　　　　　　　　　　　　CASE NO. 2:14-CV-01805-AC

his motion for summary judgment.

The parties have further agreed that, with the Court's approval, the case management order be modified accordingly.

Date: February 24, 2015	LAW OFFICES OF JOHN V. JOHNSON

By: /s/ *John V. Johnson*
JOHN V. JOHNSON
Attorneys for the Plaintiff
(As authorized by e-mail on February 24, 2015)

Date: February 24, 2015	BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Defendant shall file her response to plaintiff's motion for summary judgment on or before March 26, 2015. Any reply thereto shall be filed on or before April 16, 2015.

DATE: February 24, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE